SEDGWICK, DETERT, MORAN & ARNOLD LLP
J. CRAIG WILLIAMS, ESQ., CSBN 134308
jcraig.williams@sdma.com
JOSEPH R. McFAUL, ESQ., CSBN 114001
joseph.mcfaul@sdma.com
3 Park Plaza, 17th Floor
Irvine, California 92614-8540
Telephone: (949) 852-8200
Facsimile: (949) 852-8282

Attorneys for Plaintiff William W. Ashby, Doralee Ashby, individually and as trustees of the W. and D. Ashby Living Trust

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William W. Ashby, individually, Doralee Ashby, individually, and as Trustees of the W. and D. Ashby Living Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>The SOUTHERN LADY, Official Number 1180392, its cargo, tackle, apparel and appurtenances, *in rem*; All American Capital Corp., a Wyoming corporation; and David Jack Thomas, an individual,<br><br>    Defendants. | CASE NO. SACV08-00675 JVS (MLGx)<br><br>**JUDGMENT**<br><br>**[F.R.Civ.P. Rule 58]** |

This Court, having granted Plaintiffs' Motion for Summary Judgment in a Minute Order dated September 21 2009, hereby issues this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Judgment is entered in favor of Plaintiffs William W. Ashby, individually, Doralee Ashby, individually, and as Trustees of the W. and D. Ashby Living Trust and against Defendants The SOUTHERN LADY, Official Number 1180392, its cargo, tackle, apparel and appurtenances, *in rem*; All American Capital Corp., a Wyoming corporation; and David Jack Thomas, an individual, on the Complaint as follows:

1.  Plaintiffs are awarded the principal sum of $1,200,000 payable by Defendants David Jack Thomas and All American Capital Corp.

2.  Plaintiffs are entitled to prejudgment interest pursuant to Paragraph 13 of the Promissory Note at the California Statutory rate of 10% since May 31, 2009 in the amount of $158,465.75 at a daily rate of $328.77 for 482 days.

3.  Plaintiffs are entitled to foreclose on the collateral listed in Paragraph 2 of the Security Agreement, which includes the following assets:

    a.  Any and all assets of Defendant David Jack Thomas, including but not limited to 314,200 shares of common stock of Early Detect, Inc, but specifically excluding Defendant's real property located at 14 Remy Newport Coast, 92657

    b.  Any and all assets of Defendant All American Capital Corp., wherever located, whether now owned or hereafter acquired, including, but not

1  limited to ACC 100% interest in the 60' recreational sailing vessel named
2  "Southern Lady,"

4    4. The United States Marshall is ordered to condemn and sell to the
5  highest bidder, the *in rem* Defendant The SOUTHERN LADY, Official Number
6  1180392, its cargo, tackle, apparel and appurtenances and turn over the proceeds of
7  the sale to Plaintiffs.  The clerk of court is authorized to issue further orders as
8  necessary or required by the U.S. Marshall's Service, to the U.S. Marshall to carry
9  out this order.

11    5. Plaintiffs are awarded costs of suit including costs of arrest, the U.S.
12  Marshals, fees and court costs in the amount of _____ to be
13  determined by the Clerk of Court upon the filing of a cost bill.

15    6. Pursuant to contract, Plaintiffs are awarded attorneys fees in the
16  amount of _____ to be determined by noticed motion.

18    7. Post-judgment interest shall accrue in the statutory amount of .04%
19  for a daily rate of $13.15 per day.

21    Judgment is entered in favor of Plaintiffs on the Counterclaim of Defendant
22  All American Capital Corp., which shall take nothing by way of the Counterclaim.

24  **IT IS SO ORDERED.**

25
26  DATED: October 07, 2009  _____
                The Honorable James V. Selna